Louis LEVINSON and. Mitchell A. Hall, Appellants, v. William DEUPREE, Jr., Ancillary Administrator of the Estate of Katherine Wing, Deceased, Appellee.

No. 11600.

United States Court of Appeals Sixth Circuit.

Oct. 20, 1952.

Writ of Certiorari Granted Dec. 15, 1952.
See 73 S.Ct. 284.

Chas. E. Lester, Jr., Newport, Ky., and Blakely, Moore & Blakely, Covington, Ky., for appellants.

Nichols, Wood, Marx & Ginter, Cincinnati, Ohio, Garey & Garey, New York City, and William J. Deupree and William J. Deupree, Jr., Covington, Ky., for appellee.

Before HICKS, ALLEN and McALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, brief of appellants and motion of appellee for a summary affirmance of the judgment appealed from and arguments of counsel.

Upon consideration of all of which the Court is of the opinion that there is no reversible error upon the record.

It is, therefore, ordered and adjudged that the judgment of the District Court entered February 1, 1952, and herein appealed from, be and is in all things affirmed upon the grounds and for the reasons set forth in the opinion of the District Judge filed January 15, 1952, and the findings of fact and conclusions of law filed February 1, 1952, and upon the authority of Deupree v. Levinson et al., 6 Cir.; 186 F.2d 297.

RONSON ART METAL WORKS, Inc., Plaintiff-Appellee, v. BROWN & BIGELOW (Inc.), Defendant-Appellant.

No. 67, Docket 22461.

United States Court of Appeals Second Circuit.

Argued Nov. 10, 1952.

Decided Dec. 1, 1952.

Thomas J. Byrne, New York City, for Brown & Bigelow (Inc.), defendant-appellant.

Ward, Crosby & Neal, Kenneth S. Neal, New York City, Kenneth S. Neal, New York City, of counsel, for Ronson Art Metal Works, Inc., plaintiff-appellee.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

The order is affirmed on the opinion of the court below, 105 F.Supp. 169.